UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS M. HUNDLEY,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant | Civil No. 3:08-CV-5687-RBL-KLS<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, this matter shall be assigned to a new administrative law judge (ALJ) and shall:

- Conduct a new hearing, further develop the record and issue a new decision.
- The ALJ should further reassess the claimant's residual functional capacity.
- The ALJ should consider all medical source opinions, including Dr. Dennerlein
- The ALJ should consider the lay witness evidence from Minnie McClarron.
- Consider the Veterans' Administration decision.

Page 1    ORDER - [3:08-CV-5687-RBL-KLS]

- The ALJ should obtain testimony from a vocational expert and present a complete hypothetical question containing all of the credible limitations.
- As warranted, the ALJ should obtain medical expert testimony.

New medical evidence, if available, shall be considered on remand. This remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d) upon proper request to this Court. Pursuant to this stipulation, this matter is remanded to the agency for further proceedings.

DATED this 30th day of April, 2009.

/s/ Ronald B. Leighton

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-3621
Fax: 206-615-2531
leisa.wolf@ssa.gov