# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS M. HUNDLEY

          v.

MICHAEL ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5687RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $9,914.52 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $3,042.17 that previously were awarded, leaving a net fee of $6,872.35. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $6,872.35 minus any applicable processing fees as allowed by statute.

   October 2, 2009                                                  BRUCE RIFKIN
Date                                                                   Clerk

                                                                       *s/CM Gonzalez*
                                                                      Deputy Clerk